1

2

3

4

5

6              IN THE UNITED STATES DISTRICT COURT

7           FOR THE NORTHERN DISTRICT OF CALIFORNIA

8

9

10

11
ESTHER SULLEN,                          No. C 10-5898 CW
12
          Plaintiff,                    ORDER TO SHOW
13                                       CAUSE WHY
      v.                                 COMPLAINT SHOULD
14                                       NOT BE DISMISSED
COMMISSIONER OF SOCIAL SECURITY,
15
          Defendant.
16  _____/

17

18      On December 27, 2010, the Court issued a procedural order

19  which stated that Plaintiff shall file and serve a motion for

20  summary judgment or for remand within thirty days of service of

21  Defendant's answer.  On May 2, 2011, Defendant served its answer.

22  Thirty days have passed and Plaintiff has not filed a motion for

23  summary judgment or for remand.  Therefore, within fourteen days

24  from the date of this Order, Plaintiff shall file a declaration

25  explaining why this complaint should not be dismissed for failure

26  to prosecute and when she plans on filing her motion for summary

27  judgment or for remand.  If Plaintiff does not file such a

28

**United States District Court**
For the Northern District of California

1  declaration within this time period, her complaint shall be

2  dismissed for failure to prosecute.

3

         IT IS SO ORDERED.

4

5

Dated: 8/26/2011

6                                        CLAUDIA WILKEN
                                         United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

2

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

ESTHER SULLEN,

       Plaintiff,

  v.

COMMISSIONER OF SOCIAL SECURITY et al,

       Defendant.
                               /

Case Number: CV10-05898 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 26, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Esther  Sullen
27235 Sleepy Hollow #103
Hayward,  CA 94545

Dated:  8/26/2011August 26, 2011

                                  Richard W. Wieking, Clerk

                                  By: Nikki Riley, Deputy Clerk

**United States District Court**
For the Northern District of California

3