IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTHER SULLEN,<br><br>        Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>        Defendant.<br>_____/ | No. C 10-5898 CW<br><br>ORDER TO SHOW<br>CAUSE WHY<br>COMPLAINT SHOULD<br>NOT BE DISMISSED |

    On December 27, 2010, the Court issued a procedural order which stated that Plaintiff shall file and serve a motion for summary judgment or for remand within thirty days of service of Defendant's answer.  On May 2, 2011, Defendant served its answer.  Thirty days have passed and Plaintiff has not filed a motion for summary judgment or for remand.  Therefore, within fourteen days from the date of this Order, Plaintiff shall file a declaration explaining why this complaint should not be dismissed for failure to prosecute and when she plans on filing her motion for summary judgment or for remand.  If Plaintiff does not file such a

1  declaration within this time period, her complaint shall be
2  dismissed for failure to prosecute.

3      IT IS SO ORDERED.

Dated: 8/26/2011

CLAUDIA WILKEN
United States District Judge

2

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

ESTHER SULLEN,

       Plaintiff,

 v.

COMMISSIONER OF SOCIAL SECURITY et al,

       Defendant.
                                          /

Case Number: CV10-05898 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 26, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.


Esther Sullen
27235 Sleepy Hollow #103
Hayward, CA 94545

Dated: 8/26/2011August 26, 2011
                                        Richard W. Wieking, Clerk

                                        By: Nikki Riley, Deputy Clerk