IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTHER SULLEN,<br><br>    Plaintiff,<br><br>  v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant.<br>_____/ | No. C 10-5898 CW<br><br>ORDER GRANTING PLAINTIFF'S REQUEST FOR EXTENTION OF TIME TO OBTAIN LEGAL REPRESENTATION AND TO FILE MOTION |

On August 26, 2011, the Court issued an Order to Show Cause for Plaintiff to file a declaration explaining why her complaint should not be dismissed for failure to prosecute because she had missed the deadline for filing her motion for summary judgment or for remand.  On September 9, 2011, Plaintiff filed a declaration in which she states that she no longer has an attorney and requests additional time in which to find attorney representation.

    For good cause appearing, the Court grants Plaintiff's motion.  She shall have forty-nine days from the date of this order to file her motion for summary judgment or for remand.

    IT IS SO ORDERED.

Dated: 9/15/2011

CLAUDIA WILKEN
United States District Judge