1  TONY ARJO, SBN 151890
   1440 Broadway, Suite 1019
2  Oakland, CA 94612
   (510) 451-2334
3  FAX: (510) 451-2310

4  Attorney for Plaintiff

###### UNITED STATES DISTRICT COURT

###### NORTHERN DISTRICT OF CALIFORNIA

###### OAKLAND DIVISION

| | |
|---|---|
| ESTHER SULLEN,          ) | |
|                             Plaintiff    ) | CIVIL NO.  C 10-5898 CW |
|                   vs.             ) | |
| MICHAEL J. ASTRUE,      ) | STIPULATION AND ORDER FOR |
| Commissioner of              ) | EXTENSION |
| Social Security,             ) | |
|                   Defendant  ) | |

IT IS HEREBY STIPULATED by the undersigned for the respective parties, subject to the approval of the Court, that the Plaintiff have an extension of time up to and including December 1, 2011 in which to file a Motion for Summary Judgment and/or Remand. The extension is necessary because Plaintiff's attorney substituted in as counsel for the Plaintiff, who

///
///
///
///
///
///
///

representing herself, on November 1, 2011 and has not had sufficient time to review the record and file a Motion within the timeline previously set by the Court.

Date: November 2, 2011

/s/ *Tony Arjo*
TONY ARJO
Attorney for Plaintiff


MELINDA L. HAAG
United States Attorney

November 2, 2011

By:/s/ *Brenda M. Pullin*
 *(As authorized via email)*
BRENDA M. PULLIN
Special Assistant United States Attorney

PURSUANT TO STIPULATION, IT IS SO ORDERED that Plaintiff Esther Sullen shall have up to and including November 1, 2011, to respond file a Motion for Summary Judgment and/or Remand.

Dated: __**11/3/2011**__

CLAUDIA WILKEN
United States District Judge