MELINDA L. HAAG, SBN CA 132612
United States Attorney
DONNA CALVERT, SBN IL 6191786
Acting Regional Chief Counsel, Region IX
BRENDA M. PULLIN, SBN CO 35181
Special Assistant United States Attorney
Social Security Administration

    333 Market Street, Suite 1500
    San Francisco, California  94105
    Telephone:  (415) 977-8975
    Facsimile:  (415) 744-0134
    E-Mail:Brenda.Pullin@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ESTHER SULLEN, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MICHAEL J. ASTRUE, ) <br> Commissioner of Social Security, ) <br> ) <br> Defendant. ) <br> _____ ) | CASE NO. 4:10-CV-5898-CW <br><br> STIPULATION AND ~~PROPOSED~~ ORDER FOR FIRST EXTENSION OF TIME TO FILE DEFENDANT'S CROSS-MOTION FOR SUMMARY JUDGMENT |

    The parties hereby stipulate through counsel, with the Court's approval as indicated by issuance of the attached Order, that Defendant shall have a first extension of time of 30 days to file his cross-motion for summary judgment.

    The extension is being sought due to defendant's counsel's heavy workload during the past month combined with her long-scheduled holiday leave and extended cross-country travel to visit family.  In addition, reduced staffing makes reassignment of the case to another attorney an impossibility, as no other attorney is available to take on additional duties.  Several senior attorneys have recently left the regional counsel's office and cannot be replaced due to the hiring freeze.

Given these constraints, the Commissioner respectfully requests 30 additional days in which to complete the Commissioner's cross-motion for summary judgment. The new due date will be February 6, 2012.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: January 10, 2012
/s/ Tony Arjo
(As authorized via e-mail)
TONY ARJO
Attorney for Plaintiff

Dated: January 10, 2012
BENJAMIN B. WAGNER
United States Attorney

/s/ Brenda M. Pullin
BRENDA M. PULLIN
Special Assistant U.S. Attorney

IT IS SO ORDERED:

Dated: 1/19/2012

CLAUDIA WILKEN
United States District Judge